IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RAMONA SHIVER,           ) | |
| ) | |
| Plaintiff,           ) | |
| ) | |
| v.           ) | 1:06-cv-00008-DRB |
| ) | [wo] |
| JO ANNE B. BARNHART,           ) | |
| COMMISSIONER OF SOCIAL SECURITY,           ) | |
| ) | |
| Defendant.           ) | |

**ORDER ON MOTION**

Upon consideration of the Defendant's *Motion for Extension of Time to file Brief* (Doc. 11, filed May 15, 2006) and for good cause shown, it is hereby

**ORDERED** that the *Motion* (Doc. 11) is **GRANTED**.

Done this 15th day of May, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE